HASWELL, ASSIGNEE, &c. *against* BATES & LANSING.

Where a bail bond is taken in a court of common pleas, and the bail reside out of the county, an action may be maintained by the assignee of such bond in this court, who will grant relief to the bail on the same terms as if the bond had been taken in this court. The bail is bound to pay *common pleas* costs only. Bail to the sheriff as well as special bail, will always be relieved on the return of the writ against them, upon the usual terms.

ROSS moved to set aside the suit on the bail bond in this cause, and all subsequent proceedings. The action was on a bail bond, taken in the court of common pleas of *Saratoga*, and both the bail

and the defendant lived out of the county. He cited 3 *Wilson*, 348. 3 *Burr.* 1923. 8 *Term Rep.* 152. 1 *Burr.* 642.

*Drake,* contra, cited *Davis* v. *Gillet,* (7 *Johns. Rep.* 318.)

*Per Curiam.* The suit is maintainable in this court, within the reason of the case of *Davis* v. *Gillet;* and the bail will be relieved on the usual terms. It is the uniform and established practice of the court, in every case, where the bail asks for relief, on the return of the writ against them, to grant it, on the usual terms. There is no difference in this respect, between a suit on a bail bond and on a recognisance. The bail in this case, are to pay only such costs as would be taxed in the court of common pleas, as he is entitled to be relieved in the same manner as he would have been if this suit had been brought in this court.

Motion granted.